USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAO ZHE WANG,  :  19-cv-9506 (JMF) (RWL)
:
                    Plaintiff,  :  **ORDER**
:
        - against -  :
:
VERIZON COMMUNICATIONS, INC., et al.  :
:
                 Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case has been referred to me for general pretrial purposes. The parties have submitted correspondence regarding Plaintiff's application for certificates of default. Accordingly, by February 12, 2019, Plaintiff shall file a letter attaching a copy of the summons he contends was served on all defendants, and the 4 defendants that have appeared shall file a letter attaching copies of the summons' they received.

                                      SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2020
      New York, New York

Copies transmitted to all counsel of record and mailed to:

    Hao Zhe Wang
    P.O. Box 7075
    New York, New York 10150