UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :

HAO ZHE WANG,

                      Plaintiff,                              19-CV-9506 (JMF)

                        -v-                                          ORDER

VERIZON COMMUNICATIONS INC., et al.,

                      Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 82, Defendants' earlier motion to dismiss filed at Docket No. 8 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **April 7, 2020**. Defendants' reply, if any, is due by **April 21, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       The Clerk of Court is directed to terminate Docket No. 8 and to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge