```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAO ZHE WANG,                              :     19-cv-9506 (JMF) (RWL)
                                           :
                    Plaintiff,             :     ORDER
                                           :
        - against -                        :
                                           :
VERIZON COMMUNICATIONS, INC., et al.       :
                                           :
                    Defendants.            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Defendants' request for clarification about Plaintiff's apparent motion for sanctions purportedly served on March 6, 2020. Under Fed. R. Civ. P. 11(c), a party planning to file a Rule 11 sanctions motion must first serve the motion on the opposing party without filing the motion. If the opposing party does not withdraw or amend the pleading in question within 21 days, the moving party may file its motion (assuming of course the moving party has a good faith basis for proceeding with the motion). In the event the moving party proceeds with filing the sanctions motion, the opposing party will, from that time forward, have the time period to file an opposing brief as prescribed by the rules or the court. Accordingly, if Plaintiff proceeds with filing his Rule 11 sanctions motion, Defendants need not respond by March 27, 2020; to the contrary, that date would be the earliest that Plaintiff could file his sanctions motion. The Court will address the threatened sanctions motion during the initial pretrial conference call on March 24, 2020. In the meantime, suffice to say, although the Court expressed skepticism about Defendants' objection regarding which entities were served, the

objection was objectively reasonable. Accordingly, a motion for sanctions regarding Defendants' service objection would be meritless.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 20, 2020
      New York, New York