USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HAO ZHE WANG, : 19-cv-9506 (JMF) (RWL)
:
                   Plaintiff, : **ORDER**
:
       - against - :
:
VERIZON COMMUNICATIONS, INC., et al. :
:
                 Defendants. :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Defendants' March 31, 2020 letter (Dkt. 93) regarding their motion to dismiss and the Court's order of March 25, 2020 (Dkt. 92). During the conference resulting in the March 25 Order, the Court mistakenly conflated the issue of which entities are proper defendants with the issues presented in Defendants' motion to dismiss. The motion to dismiss raises several substantive issues that could be case-dispositive and which are entirely separate from the question of which entities are proper defendants.

      Accordingly, the Court amends Paragraph 1 of the March 25 order to read as follows: **By April 7, 2020**, Plaintiff shall submit a letter to the Court indicating whether he is willing to voluntarily dismiss, without prejudice, all defendants other than Verizon New England, which Defendants attest exclusively "established, owned, operated, and managed" the account at issue (Dkt. 82-2). Separately, Plaintiff's opposition to Defendants' motion to dismiss shall be filed no later than **May 7, 2020**. Defendants shall file a reply, if any, no later than **May 21, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2020
         New York, New York