USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAO ZHE WANG,                                       :     19-cv-9506 (JMF) (RWL)
                                                    :
                Plaintiff,                          :     **ORDER**
                                                    :
      - against -                                  :
                                                    :
VERIZON COMMUNICATIONS, INC., et al.                :
                                                    :
                Defendants.                         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's motion to compel this Court to order Defendants to reimburse the $366.84 spent on serving those Defendants who rejected his requests for waiver is denied without prejudice in light of Plaintiff's failure to demonstrate strict compliance with the requirements of Rule 4(d)(2).  *See Jackson v. New York State, et al.*, No. 03-CV-0577, 2005 WL 8171090, at *2 (N.D.N.Y. May 5, 2005).  If Plaintiff wishes to renew his request, by September 11, 2020, Plaintiff shall file proof that he submitted notice and waiver that complied with all requirements of Rule 4(d)(2).  *Id.*

    The Clerk is respectfully directed to terminate the motion at Dkt. 77.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2020
       New York, New York