USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAO ZHE WANG,          :     19-cv-9506 (JMF) (RWL)
                       :
          Plaintiff,  :     **ORDER**
                       :
   - against -        :
                       :
VERIZON COMMUNICATIONS, INC., et al.   :
                       :
          Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court has not received a response from Plaintiff with respect to Defendant's request for a stay of discovery set forth in Dkt. 102. Accordingly, if Plaintiff wishes to respond, he must file the response no later than September 7, 2020. After that date, the Court will proceed to resolve the request regardless of whether Plaintiff has filed a response.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2020
       New York, New York