```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAO ZHE WANG,                                         :      19-cv-9506 (JMF) (RWL)
                                                      :
                        Plaintiff,                    :      **ORDER**
                                                      :
         - against -                                  :
                                                      :
VERIZON COMMUNICATIONS, INC., et al.                  :
                                                      :
                        Defendants.                   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This resolves Defendants' request for a stay or extension of discovery pending determination of their motion to dismiss. (Dkt. 103.) The Court does not know when the motion to dismiss will be resolved (as a dispositive motion the motion will be decided by the District Judge). Discovery as to the 25 Defendants who Defendants assert have no involvement in the matter in dispute is stayed until resolution of the motion to dismiss. Discovery as to Plaintiff and the one remaining Defendant shall go forward. The request to extend the discovery period is denied as there remains ample time to complete discovery on the current schedule. Should circumstances change, the Court will entertain a future application for adjustment of the schedule as needed.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2020
       New York, New York