

**80 BROAD STREET, 23RD FLOOR**
**NEW YORK, NEW YORK  10004**
**(212) 509-3456 – TELEPHONE**
**(212) 509-4420 – FACSIMILE**
www.mkcilaw.us.com

December 25, 2020

<u>*VIA ELECTRONIC FILING (ECF)*</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY  10007

     **Re**: *Wang v. Verizon Communications Inc., et al.*
       <u>U.S. District Court, S.D.N.Y., Case No. 1:19-cv-09506-JMF-RWL</u>

       Letter Motion to Extend Defendants' Time to Respond to Second Amended Complaint on Consent

Dear Judge Furman:

  This letter motion ("Motion") is respectfully submitted pursuant to Rule 1(C) of the Court's Individual Rules and Practices in Civil *Pro Se* Cases.  Plaintiff, Hao Zhe Wang ("Plaintiff") filed a Second Amended Complaint ("SAC") on December 21, 2020 (ECF 136).

  By this Motion, Defendants[1] respectfully request an enlargement of time within which to file a responsive pleading to the SAC, from January 4, 2021 through and until January 29, 2021.  Plaintiff has graciously consented to Defendants' request herein, and Defendants have made no previous requests for extension of time to respond to the SAC.  The additional time is needed to evaluate the Statement of Claim in the SAC, which has been substantially expanded from 6 pages (12 paragraphs), to 28 pages (56 paragraphs), and to meet and confer with Plaintiff before engaging in any motion practice.

---

[1] "Defendants" includes (1) Verizon New England Inc., (2) Verizon Communications Inc., (3) Verizon Wireless (VAW) LLC, (4) Verizon Business Network Services Inc., (5) Verizon Corporate Resources Group LLC, and (6) Verizon Sourcing LLC.

{N1044253-1}FLORHAM PARK, NJ
(973) 822-1110

NEW YORK, NY
(212) 509-3456

HARTFORD, CT
(860) 404-3000

PHILADELPHIA, PA
(215) 557-1990

WILMINGTON, DE
(302) 656-1200

SPARTA, NJ
(973) 726-4958

SYRACUSE, NY
(315) 473-9648

Honorable Jesse M. Furman
December 25, 2020
Page 2 of 3

      This request for relief is made in good faith, and not made for any improper purpose.

      We thank the Court for its time and consideration in this matter.

                                     Respectfully submitted,

                                     Howard A. Fried (HAF2114)

                                   MCGIVNEY KLUGER CLARK &
                                   INTOCCIA, P.C.
                                   *Attorneys for Defendants*
                                   hfried@mkcilaw.us.com

cc:

*Via ECF*
Hao Zhe Wang, Plaintiff*, Pro Se*


**SO ORDERED**.

Dated:

_____
Hon. Jesse M. Furman
United States District Judge