```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAO ZHE WANG,

                               Plaintiff,

         - against -

VERIZON COMMUNICATIONS, INC., et al.

                           Defendants.
-------------------------------------------------------------X

19-cv-9506 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Defendants' motion for a stay of all discovery pending determination of their motion to dismiss the second amended complaint. (Dkt. 144.) After reviewing Defendants' letter motion and Plaintiff's opposition (Dkt. 152), the Court stays all discovery pending determination of the motion to dismiss with the exception that Defendants shall produce all documents relating specifically to Plaintiff's account. All other discovery is stayed.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
         February 22, 2021