```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HAO ZHE WANG,<br><br>*Plaintiff,*<br><br>-*against*-<br><br>VERIZON COMMUNICATIONS INC., et al.,<br><br>*Defendants.* | Case Number: 1:19-cv-9506<br><br>**VERIZON DEFENDANTS'<br>NOTICE OF WITHDRAWAL OF<br>DECLARATION OF DANIEL REED<br>(ECF #143-2) AS FILED WITH<br>MOTION TO DISMISS** |

To: **The Honorable Jesse M. Furman, United States District Judge:**

Defendants, Verizon Communications Inc., Verizon New England Inc., Verizon Business Network Services Inc., Verizon Wireless (VAW) LLC, Verizon Corporate Resources Group LLC, Verizon Sourcing LLC, and Cellco Partnership (*collectively,* "Verizon Defendants"), respectfully request to withdraw the Declaration of Daniel Reed ("Reed Declaration"), which was previously filed with the Court on January 27, 2021 (ECF 143-2) in support of the Verizon Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC") (ECF 143). Said withdrawal is to avoid further motion practice contemplated by Plaintiff, Hao Zhe Wang ("Plaintiff") concerning the Reed Declaration. Accordingly, the Verizon Defendants request that the Reed Declaration be removed and disregarded by the Court.

Dated: New York, New York
      May 12, 2021

The Declaration filed at ECF No. 143-2 is deemed withdrawn. Plaintiff, who is proceeding without counsel, has consented to receiving service of this Order electronically through ECF. *See* ECF No. 44. SO ORDERED.

*[signature]*

May 13, 2021

Respectfully submitted,

*Howard A. Fried.*
Howard A. Fried, Esq. (HAF2114)
McGIVNEY, KLUGER, CLARK &
INTOCCIA, P.C.
*Attorneys for Defendants*
**Verizon Communications Inc., Verizon New England Inc., Verizon Business Network Services Inc., Verizon Wireless (VAW) LLC, Verizon Corporate Resources Group LLC, and Verizon Sourcing LLC, and Cellco Partnership**
80 Broad Street, 23rd Floor
New York, NY 10004
hfried@mkcilaw.us.com

– 1 –

TO:

**HAO ZHE WANG**
*Plaintiff, Pro Se*
PO BOX 7075
New York, NY 10150
*wang.haozhe@yahoo.com*