UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Civil Action No.:1:19-CV-09506-JMF-RWL

Hao Zhe Wang *pro se*                          )
                                               )
                                               )
*vs.*                                          )
                                               )
Verizon Communications Inc., et al.  )
                                               )
                                               )
                                               )

**Motion to Extend Time to File Notice of Appeal**

Plaintiff respectfully petitions the Court for an extension of 30 days and give him until

November 14 to file the notice of appeal of the Court's September 15 order (Dkt 178) so that he

may have additional time to study the federal rules of appellate procedure as well as rules local

to the Second Circuit.

Respectfully,

HZ Wang

Application DENIED.  Plaintiff's claims against ERC remain pending.  Accordingly, final judgment has not been entered and Plaintiff *cannot* yet appeal from the Court's September 15th Order. *See, e.g.*, *Ashmore v. CGI Grp., Inc.*, 860 F.3d 80, 86 (2d Cir. 2017) (noting that a plaintiff may appeal an "order of dismissal only after a final judgment has been entered, disposing of all the claims of all the parties" (internal quotation marks omitted)).  In light of that, Plaintiff has plenty of time to study the relevant rules.The Clerk of Court is directed to terminate ECF No. 179.

SO ORDERED.

September 17, 2021