USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
HAO ZHE WANG,                                     :
                                                  :          19-CV-9506 (JMF) (RWL)
                                                  :
                        Plaintiff,                :
                                                  :
            - against -                           :          **ORDER**
                                                  :
VERIZON COMMUNICATIONS, INC., et al.              :
                                                  :
                        Defendants.               :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the case management conference held on October 5, 2021, (1) by October 12, 2021, Defendant ERC will file a letter outlining its proposed motion for judgment on the pleadings and (2) Plaintiff shall file any response by October 19, 2021. Separately, my Deputy Clerk will coordinate with the parties to schedule a settlement conference.  The approved civil case management plan and scheduling order will be issued separately.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2021
         New York, New York

1