UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Civil Action No.:1:19-CV-09506-JMF-RWL

| | |
|---|---|
| Hao Zhe Wang *pro se* | ) |
| | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Verizon Communications Inc., et al. | ) |
| | ) |
| | ) |
| | ) |

**Motion to Extend Time to File Notice of Appeal**

Plaintiff respectfully petitions the Court for an extension of 30 days and to give him until January 23, 2022, to file the notice of appeal so that he may have additional time to study the rulings in this case and properly identify several issues that he may include in his appeal as well as the appellate procedures in this Circuit.

Respectfully,

HZ Wang

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 190.

SO ORDERED.

December 20, 2021