<pre>
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


In re:                              :
                                        Docket #1:19-cv-09506-
  WANG, HAO ZHE,                    : JMF-RWL

                    Plaintiff,      :

   - against -                      :

  VERIZON COMMUNICATIONS INC., et al.,: New York, New York
                                        November 23, 2021
                    Defendant.      :
                                      REMOTE SETTLEMENT
----------------------------------- : CONFERENCE

                     PROCEEDINGS BEFORE
            THE HONORABLE ROBERT W. LEHRBURGER,
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:            HAO ZHE WANG, Pro Se
                          P.O. Box 7075
                          New York, New York 10150


For Defendant Enhanced    SMITH, GAMBRELL & RUSSELL, LLP
Recovery Company, LLC:    BY:  SCOTT S. GALLAGHER, ESQ.
                          50 North Laura Street - Suite 2600
                          Jacksonville, Florida 32202




Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service
</pre>

<u>INDEX</u>

<u>E X A M I N A T I O N S</u>

| <u>Witness</u> | <u>Direct</u> | <u>Cross</u> | Re-<br><u>Direct</u> | Re-<br><u>Cross</u> |
|---|---|---|---|---|
| None | | | | |

<u>E X H I B I T S</u>

| <u>Exhibit<br>Number</u> | <u>Description</u> | <u>ID</u> | <u>In</u> | <u>Voir<br>Dire</u> |
|---|---|---|---|---|
| None | | | | |

```
 1                        PROCEEDINGS                    3

 2              HONORABLE ROBERT W. LEHRBURGER (THE COURT):   This

 3   is Judge Lehrburger in Wang -- Wong versus Verizon

 4   Communications, 19-cv-9506, in a settlement conference.

 5   I'm happy to report that the parties have reached -- that

 6   is, the parties being ERC and plaintiff, have reached

 7   agreement on the terms to resolve this litigation.

 8              And just before I address that, let me just, since

 9   we're on recording, have the parties identify themselves.

10   Plaintiff, can you identify yourself, please?

11              MR. HAO ZHE WANG:  Hao Zhe Wang, plaintiff.

12              THE COURT:  Okay, and for the defense?

13              MR. SCOTT S. GALLAGHER:  Scott Gallagher and ERC's

14   director of legal, Richard Randolph.

15              THE COURT:  Okay.  Great.  So, again, as I said,

16   through the hard work and good faith of everybody involved,

17   the parties have reached agreement on terms.  I'm going to

18   recite those terms and ask if there's any clarification; and

19   if not -- or after that, confirming that everyone is agreeing

20   to these terms.

21              So the terms are as follows.  In entering this

22   settlement agreement, the plaintiff does not waive any

23   rights or claims he has as against Verizon entities, and he

24   expressly reserves all rights and claims with respect to the

25   Verizon entities.
```

```
 1                          PROCEEDINGS                    4

 2              Defendant ERC agrees to preserve documents, which

 3   I'm going to identify in a minute, until plaintiff's case

 4   against Verizon is finally determined through all appeals.

 5   Even though ER is agreeing to preserve those documents, they

 6   reserve all rights with respect to objections,

 7   confidentiality, etc., they are only agreeing to the

 8   preservation aspect.  The specific documents that are going

 9   to be preserved are ones from plaintiff's document request

10   dated November 12, 2021, filed in this case and the

11   specific numbers and with the specific qualifications as

12   follows:  number 2; number 4; number 5; number 6, but not

13   communications with counsel; 7; 8 as to contracts,

14   agreements, etc., regarding collection that were in effect

15   or governed as of 2017 forward; number 9 for the period

16   2017 forward; number 11 for the period 2017 forward.  Those

17   are the requests for which ERC will preserve.

18              In the event that ERC agrees or is required to

19   produce documents to plaintiff in the litigation against

20   Verizon, ERC will absorb the costs of production and not

21   seek to impose them on the plaintiff, provided the

22   plaintiff accepts production electronically, which he is

23   agreeing to do.

24              Within 30 days of a signed written form of

25   agreement for the settlement, ERC will pay plaintiff
```

```
 1                        PROCEEDINGS                    5
 2   $1,000.  Plaintiff fully releases ERC from any and all
 3   claims that he has as against ERC regarding the account at
 4   issue or related to plaintiff.  And the parties agree that
 5   the terms will be preserved as confidential; although if
 6   asked, each side can say they've resolved it to their
 7   satisfaction.
 8             Mr. Wang, are those the terms, or do you have any
 9   clarification?
10             MR. WANG:  Those are the terms.  I accept.
11             THE COURT:  All right.  And, Mr. Gallagher, are
12   those the terms, as you understand them?
13             MR. GALLAGHER:  Yes, your Honor.
14             THE COURT:  All right.  So I know you said it,
15   Mr. Wang, but I'm just going to ask you:  Does plaintiff
16   agree to these terms?
17             MR. WANG:  Yes.
18             THE COURT:  And does the defendant agree to these
19   terms?
20             MR. GALLAGHER:  Yes.
21             THE COURT:  All right, terrific.
22             So, Mr. Gallagher, I understand that you will take
23   charge of the written form of agreement.  How long do you
24   think it will take, approximately, to get something to
25   Mr. Wang?
```

```
 1                          PROCEEDINGS                    6

 2               MR. GALLAGHER:  Due to the Thanksgiving holiday, I

 3    believe if we could have until next Friday -- that would be

 4    what, December 3rd, I believe -- is that acceptable?

 5               THE COURT:  That makes sense to the Court.  So why

 6    don't we say you'll aim for that.

 7               So, Mr. Wang, they will, Mr. Gallagher will send

 8    over to you a written draft agreement reflecting these

 9    terms.  Obviously, if you think there are things that need

10    correction or you have a different view on, you'll discuss

11    it with him.  Hopefully, it will be smooth sailing.  If for

12    any reason it's not, I'll be here and available to the

13    parties, should they need me.

14               I am going to inform the district judge that the

15    parties have reached agreement on terms.  He will probably

16    issue a 30-day dismissal order which says that the case is

17    dismissed without prejudice to putting it back on the

18    calendar if the parties request -- either party requests to

19    do so before the 30 days are up, the idea being that if you

20    don't get the written agreement executed within those 30

21    days, then the case can be put back on the calendar to

22    allow that to happen.  It's just that, as you will see in

23    the order that Judge Furman issues, you just need to make

24    sure to make that request before the 30 days are up.

25               All right, that's it.  Any questions, Mr. Wang?
```

```
 1                        PROCEEDINGS                    7

 2              MR. WANG:  Just one question about, so the clock

 3   for -- the 30-day clock for appealing Judge Furman's

 4   dismissal against Verizon, does that run from the official

 5   dismissal, or run from dismissal -- does the 30 mean -- 30-

 6   day notice, does it run from now or does it run from --

 7              THE COURT:  I don't want to answer that --

 8              MR. WANG:  Oh, okay.

 9              THE COURT:  -- question -- wait, no, hold on --

10   because I don't want to say with certainty, and I'm not

11   here to give legal advice.  But what I can say is that it

12   is always better to err on the side of sooner rather than

13   later.  And so if he's dismissing it without prejudice to

14   being put back on, that's still a final order.  And so I

15   would think it would if he's dismissing the case in its

16   entirety and he's already dismissed Verizon, if he's

17   dismissing ERC, then that really should be the end of it.

18   So I would think that would trigger your 30-day period.

19              MR. WANG:  Understand.

20              THE COURT:  All right.  So with that, thank you,

21   all.  And I wish you a Happy Thanksgiving and Happy

22   Holidays.  And we are adjourned.  Thank you.

23              (Whereupon, the matter is adjourned.)

24

25
```

1                                                          8

2

3                        C E R T I F I C A T E

4

5          I, Carole Ludwig, certify that the foregoing

6    transcript of proceedings in the case of Wang v. Verizon

7    Communications Inc. et al, Docket No. 19-cv-09506-JMF-RWL,

8    was prepared using digital transcription software and is a

9    true and accurate record of the proceedings.

10

11

12   Signature_____
                              *Carole Ludwig*

13                       Carole Ludwig

14   Date:     January 6, 2022

15

16

17

18

19

20

21

22

23

24

25