Hao Zhe Wang<br>
PO Box 7075<br>
New York, NY 10150

Judge Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

**Re: Wang *pro se* vs. Verizon Communications Inc., et al.**
**Case Number: 19 CV 9506**

Motion for Leave to File Settlement Agreement under Seal

Dear Honorable Sir,                                                                 January 20, 2022

    Plaintiff and defendant ENHANCED RECOVERY COMPANY, LLC entered into a settlement agreement, which is subject to a confidentiality clause.

    Pursuant to the court's order (Dkt 188) that "[parties] must submit the settlement agreement to the Court by the deadline to reopen to be 'so ordered' by the Court", Plaintiff expects to file the settlement agreement with the court promptly and asks for leave to do so under seal.

Most Respectfully,

*/s/ H. Wang*

---

The request to file the settlement agreement under seal is denied. The parties need not file the settlement agreement at all unless they wish to have the Court retain jurisdiction and so-order the agreement. The parties need only file the settlement agreement if they wish the Court to retain jurisdiction and so-order the agreement. As Judge Furman's rule states: "If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record."

SO ORDERED:

*/s/*     1/20/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1